# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ROBERT J. DOYLE, JR. & JANET L. DOYLE      Case Number: 06-71414
628 VALE AVENUE      SSN-xxx-xx-3127 & xxx-xx-8342
ROCKFORD, IL  61107

Case filed on: 8/10/2006
Plan Confirmed on: 1/22/2007
C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $18,438.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 3,000.00 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 3,000.00 | 0.00 |
| 028 | CHRISTIE BROOKS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | ROBERT J. DOYLE, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | HOMECOMINGS FINANCIAL | 1,999.87 | 1,999.87 | 1,999.87 | 0.00 |
| 002 | WASHINGTON MUTUAL BANK | 9,361.44 | 9,361.44 | 9,361.44 | 0.00 |
|  | Total Secured | 11,361.31 | 11,361.31 | 11,361.31 | 0.00 |
| 003 | ACCOUNT RECOVERY SERVICES | 424.79 | 424.79 | 58.46 | 0.00 |
| 004 | ALLIED BUSINESS ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ALLIED INTERSTATE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AMCORE BANK, N.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | BERGNERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CAPITAL ONE BANK (USA) NA | 3,589.50 | 3,589.50 | 493.96 | 0.00 |
| 009 | CARDMEMBER SERVICE / CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CMRE FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | DAVID A. VARLAND D.D.S. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | DENNIS J. FLANAGAN, D.D.S. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ELGIN INTERNAL MEDICAL ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | PREMIER BANKCARD/CHARTER | 498.20 | 498.20 | 68.56 | 0.00 |
| 016 | ROUNDUP FUNDING LLC | 1,003.59 | 1,003.59 | 138.11 | 0.00 |
| 017 | MUTUAL MANAGEMENT SERVICES | 652.93 | 652.93 | 89.85 | 0.00 |
| 018 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | NICOR GAS | 2,256.93 | 2,256.93 | 310.59 | 0.00 |
| 020 | ROCKFORD HEALTH PHYSICIANS | 1,116.81 | 1,116.81 | 153.68 | 0.00 |
| 021 | ROCKFORD MERCANTILE AGENCY INC | 1,985.36 | 1,985.36 | 273.21 | 0.00 |
| 022 | SKO BRENNER AMERICAN, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | SMC | 218.83 | 218.83 | 30.12 | 0.00 |
| 024 | PREMIER BANKCARD/CHARTER | 226.49 | 226.49 | 31.16 | 0.00 |
| 025 | ROUNDUP FUNDING LLC | 4,545.87 | 4,545.87 | 625.58 | 0.00 |
| 026 | PORTFOLIO RECOVERY ASSOCIATES | 809.65 | 809.65 | 111.42 | 0.00 |
| 027 | PORTFOLIO RECOVERY ASSOCIATES | 2,850.95 | 2,850.95 | 392.33 | 0.00 |
|  | Total Unsecured | 20,179.90 | 20,179.90 | 2,777.03 | 0.00 |
|  | Grand Total: | 34,541.21 | 34,541.21 | 17,138.34 | 0.00 |

Total Paid Claimant:    $17,138.34
Trustee Allowance:      $1,299.66      Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    13.76      discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just. Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009      By  /s/Heather M. Fagan